People of the State of Illinois, Plaintiff-Appellee, v. Ernest Benjamin, Defendant-Appellant.

Gen. No. 53,212. (Abstract of Decision.)

First District, First Division.

December 8, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Nunzio Tisci, James N. Gramenos, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Patrick T. Driscoll, Jr., Assistant's State's Attorneys, of counsel), for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.